UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AZAD RAHMANI,

                    Petitioner,          Case No. C26-1717-MLP

        v.

TODD LYONS, *et al.*,                    MINUTE ORDER

                    Respondents.

The following Minute Order is made by direction of the Court, the Honorable Michelle L. Peterson, United States Magistrate Judge:

Petitioner has filed a petition for federal habeas relief pursuant to 28 U.S.C. § 2241 and a motion to appoint counsel. (Dkt. ## 4-5.) While there is no constitutional right to appointment of counsel in actions brought under § 2241, the Court may exercise its discretion to appoint counsel for a financially eligible individual where the "interests of justice so require." 18 U.S.C. § 3006A(a)(2); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983) ("In deciding whether to appoint counsel in a habeas proceeding, the district court must evaluate the likelihood of success on the merits as well as the ability of the petitioner to articulate his claims *pro se* in light of the complexity of the legal issues involved."). It appears from Petitioner's petition that appointment of counsel may be warranted in the instant action. However, the Court has

MINUTE ORDER - 1

insufficient information at present to determine whether the interests of justice, in fact, require such an appointment.

The Court therefore requests that the Office of the Federal Public Defender review the petition and advise the Court within *seven (7) days* whether it will seek appointment in this matter.

The Clerk is directed to send a copy of this Minute Order to Petitioner and to the Office of the Federal Public Defender.

DATED this 22nd day of May, 2026.

JOSHUA C. LEWIS, Clerk

By T. Farrell
Deputy Clerk

MINUTE ORDER - 2